# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Kinasha Myrick,   )
                             )
                             )   **Bankruptcy No.** 09 B 05280
                             )
**Debtor(s)**                )
                             )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __August 25, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: 6/14/11

In re: Kinasha Myrick
Bankruptcy No. 09 B 05280

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 1 4 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

Bennett A. Kahn
Melvin J. Kaplan & Associates
55 E. Jackson   Suite 650
Chicago, IL 60604

David R. Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Kinasha Myrick
256 E. 164th Place
South Holland, IL 60473